1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      TAIFUSIN CHIU,                              No.  2:23-cv-02215-KJM-CKD (PS)

12                   Plaintiffs,

13            v.                                    ORDER

14      IU MIEN CHURCH,

15                   Defendants.

16

17          This matter was referred to a United States Magistrate Judge under Local Rule 302(c)(21).

18   On December 20, 2023, the magistrate judge filed findings and recommendations, which

19   contained notice that any objections to the findings and recommendations were to be filed within

20   fourteen days. (ECF No. 14.) Plaintiff has filed two documents which the court construes as

21   objections to the findings and recommendations. (ECF Nos. 15, 16.)

22          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

23   court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the

24   findings and recommendations to be supported by the record and by the proper analysis.

25          Accordingly, IT IS HEREBY ORDERED as follows:

26          1.  The findings and recommendations filed December 20, 2023 (ECF No. 14), are

27              adopted in full.

28   /////

                                                    1

1        2.   This action is dismissed for failure to state a claim.

2        3.   The Clerk of Court is directed to close this case.

3   DATED:  February 28, 2024.

4

5                                                        _____
                                                         CHIEF UNITED STATES DISTRICT JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28